IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARINA RUSSELL                                                                                          PLAINTIFF

v.                                            CIVIL NO. 10-5251

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                        DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 21, 2010, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her application for disability benefits under the provisions of the Social Security Act. (Doc. 1).

On May 26, 2011, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 8). Plaintiff states opposing counsel does not object to the motion.

Based on the foregoing, the undersigned recommends granting Plaintiff's motion to dismiss this action. **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of June 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)