IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARINA RUSSELL                                                                PLAINTIFF

       v.       Civil No. 10-5251

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                DEFENDANT

**O R D E R**

Now on this 27th day of June, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is hereby **dismissed without prejudice.**

IT IS SO ORDERED.

                                                      /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE